# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00026 |
| | ) | Judge Trauger |
| JAMES SHAUB, II | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that the status conference scheduled for January 4, 2013 is **RESET** for Tuesday, January 8, 2013, at 10:30 a.m.

It is so **ORDERED**.

ENTER this 11th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge