> Motion GRANTED.
> Hearing reset for
> 5/23/13 at 2:30 p.m.
>
> *[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00026 |
| ) | JUDGE TRAUGER |
| JAMES SHAUB ) | |

### MOTION TO CONTINUE STATUS CONFERENCE

**NOW COMES** the defendant, James Shaub, who, through undersigned counsel, Mariah A. Wooten, First Assistant Federal Public Defender, respectfully requests that this Honorable Court enter an order granting his motion for a continuance of the status conference scheduled for April 29, 2013. In support of this request, counsel submits the following:

1. Undersigned counsel has been summonsed to jury duty by the Trial Courts of Davidson County, Tennessee, to report on April 29, 2013 at 8:30 AM.

2. Jury duty commitment is for one week or the duration of the trial if selected to serve on a trial.

3. On March 20, 2013, undersigned counsel spoke with Mr. Shaub regarding the filing of a Motion to be Excused, and Mr. Shaub has no objections to this motion.

**WHEREFORE**, for the reasons stated herein, defendant James Shaub respectfully requests that the status conference be continued and that a status conference be scheduled for at least two (2) weeks or anytime thereafter convenient to the Court's calendar