# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00026 |
| | ) | Judge Trauger |
| JAMES SHAUB, II | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that the Government shall respond to the defendant's Motion for a Bill of Particulars (Docket Entry No. 69) by April 10, 2014

It is so **ORDERED**.

ENTER this 7th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge