# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00026 |
| | ) | Judge Trauger |
| JAMES SHAUB, II | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that a pretrial conference is scheduled for this case on Friday, April 18, 2014, at 2:30 p.m. in Judge Trauger's courtroom. The parties shall adhere to the deadlines set out in the Order Resetting Jury Trial (Docket No. 45), with the exception that responses to motions in limine shall be filed by 12:00 noon on Thursday, April 17, 2014. The court expects the parties to work together on jury instructions and verdict form and to adhere to the deadlines set out in the referenced Order.

It is so **ORDERED**.

ENTER this 11th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge