UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

<mark>Motion GRANTED.</mark>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:12-cr-00026 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| JAMES SHAUB II | ) | |

**MOTION TO SUPPLEMENT**
**MOTION TO EXCLUDE EXPERT TESTIMONY**

Comes now the United States of America (the "government"), by and through the undersigned attorneys, and moves to supplement the Government's *Motion In Limine to Exclude Expert Testimony*, filed May 28, 2014 (the "Motion") (*Docket Entry* 84). In the Motion, the Government referred to the Defendant's proposed Expert Report as Attachment A. However, in filing the Motion, the Government inadvertently failed to attach the Expert Report to that Motion. The Government believes that viewing the Expert Report will aid the Court in evaluating the admissibility of the Defendant's proposed experts' conclusions. The Government has attached the Expert Report hereto as Exhibit A.

1