IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00026 |
| | ) | Judge Trauger |
| JAMES SHAUB, II | ) | |
| | ) | |

### O R D E R

The defendant's Motion to Re-Set Status Conference (Docket No. 89) is **GRANTED**. This case is set for a status conference on Thursday, June 5, 2014, at 9:30 a.m. Counsel should bring their calendars. Responses to motions in limine need not be filed before this status conference.

The court notes that the conference previously set for June 12, 2014 was a pretrial conference, not a status conference.

It is so **ORDERED**.

ENTER this 4th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge