IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00026 |
| | ) | Judge Trauger |
| JAMES SHAUB, II | ) | |
| | ) | |

**O R D E R**

A status conference was held on June 5, 2014. Counsel for all parties and the defendant were present. The court announced that it could not try this case on June 17, 2014 and gave counsel time to confer as to an alternative date. By separate order, the trial is being **CONTINUED** until July 29, 2014 and is anticipated to take two weeks.

The parties shall adhere to the deadline established in a previous Order, requiring that responses to motions in limine be filed by June 9, 2014 (Docket No. 78 at 2). It is further **ORDERED** that the pretrial conference scheduled for June 12, 2014 is **RESET** for June 24, 2014 at 1:00 p.m.

It is so **ORDERED**.

ENTER this 4th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge