UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00026 |
| | ) | JUDGE TRAUGER |
| JAMES SHAUB | ) | |

MOTION TO CONTINUE TRIAL

Comes the defendant and hereby moves the Court to continue the trial in this matter which is currently set for September 30, 2014. In support of this motion defendant would state and show that Mr. Shaub has been screened for pretrial diversion. The U. S. Probation Officer who is working on the case advises that he cannot complete the report before the current trial date. Assistant United States Attorney Kathryn Ward Booth advises that she has no objection to the requested continuance.

WHEREFORE, defendant moves the Court to continue this matter for two weeks to allow for the expected resolution of this case without trial. A waiver of speedy trial executed by Mr. Shaub has been filed contemporaneously with this motion.

Respectfully submitted,
*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047